UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No. 14-CR-193

TIASHA A. MCNEAL,

    Defendant.

## ORDER

Defendant Tiasha A. McNeal, has entered a plea to possession with intent to deliver controlled substances and is scheduled for sentencing in this court on May 6, 2015.

Defendant has filed a motion requesting permission to travel to Lake County, Illinois for an overnight stay on February 25, 2015 and to return to Milwaukee on February 26, 2015, as fully described in her motion. Both USPO Opper and AUSA Lisa Wesley do not oppose the request. Upon review of the file, defendant's request is granted. Ms. McNeal shall comply with all conditions of probation and provide her probation agent with all contact information prior to leaving.

**SO ORDERED** this   25th   day of February, 2015.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court